IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JACOB WALLER,

    **Plaintiff,**

v.                                           Case No. 1:21-cv-196-AW-ZCB

JAMES KIGHT, et al.,

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's January 24, 2023 report and recommendation. ECF No. 44. The magistrate judge recommends granting Defendants' motion for partial summary judgment. No party has objected to the report and recommendation. And despite multiple opportunities, Plaintiff did not respond to Defendants' motion.

I have determined the report and recommendation should be adopted, and I now incorporate it into this order. The motion for partial summary judgment (ECF No. 33) is GRANTED. All claims against the movants are dismissed on the merits, except for the Eighth Amendment excessive-force claims against Defendants Kight and Lord, which the motion did not address. Those claims remain pending. Defendant White, against whom all claims are now dismissed, is terminated as a party.

The motion to dismiss (ECF No. 26) is DENIED as moot.

1

The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on February 27, 2023.

s/ *Allen Winsor*  
United States District Judge