IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JACOB WALLER,

    Plaintiff,

v.                                                     Case No. 1:21-cv-196-AW-ZCB

JAMES KNIGHT, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

In his pro se § 1983 complaint, Plaintiff Jacob Waller included three "John Doe" defendants. The magistrate judge recommends dismissing those defendants, ECF No. 48, and there has been no objection.

I have determined the report and recommendation should be adopted, and I now incorporate it into this order. Claims against the John Doe defendants are dismissed without prejudice. The case will continue as to the remaining defendants, and the magistrate judge will conduct further appropriate proceedings.

SO ORDERED on May 17, 2023.

                                             s/ *Allen Winsor*
                                             United States District Judge