# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JACOB WALLER,**

    **Plaintiff,**

**v.**                                                      Case No. 1:21-cv-196-AW-ZCB

**JAMES KNIGHT, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's September 15, 2023 report and recommendation (ECF No. 58), to which there has been no objection. I have determined that the report and recommendation should be adopted, and I now incorporate it into this order. The claims against Defendant Cooper are dismissed without prejudice for lack of service. *See* Fed. R. Civ. P. 4(m). The clerk will terminate Nurse Cooper as a Defendant. The case will continue as to the remaining defendants, and the magistrate judge will conduct further appropriate proceedings.

SO ORDERED on October 16, 2023.

                                                          s/ *Allen Winsor*
                                                          United States District Judge