IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JACOB WALLER,

    Plaintiff,

v.                                                                                    Case No. 1:21-cv-196-AW-ZCB

JAMES KNIGHT, et al.,

    Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff, a pro se prisoner, sued several prison officials. After screening, the court allowed service on some Defendants. The claims against one named Defendant and all John Doe Defendants were later dismissed without prejudice. ECF Nos. 51, 59. The court also granted Defendants' motion for partial summary judgment and dismissed all claims against those Defendants on the merits, other than the Eighth Amendment excessive force claims, which the motion did not address. ECF No. 46. Thus, the case was ready for trial as to those remaining claims.

The magistrate judge issued pretrial order requiring certain pretrial filings. ECF No. 61. Plaintiff did not comply with those requirements, and he did not file any objection to the magistrate judge's later report and recommendation, which concluded the remaining claims should be dismissed for his failure to comply. ECF No. 63. It appears that Plaintiff has abandoned his case. Indeed, as the magistrate judge notes, Plaintiff has not filed anything since June 2022. It is true that the last

1

two orders were returned as undeliverable, but it was Plaintiff's responsibility to keep the clerk apprised of any changes in address.

Under these circumstances, I agree with the magistrate judge that the case should be dismissed. I adopt the report and recommendation in full and incorporate it into this order.

The clerk will enter a judgment that says, "Plaintiff's claims are all dismissed. All claims against Defendants Kight and Lord—other than the Eighth Amendment excessive force claims—are dismissed on the merits based on the court's earlier summary judgment order. All other claims are dismissed without prejudice."

The clerk will close the file.

SO ORDERED on January 16, 2024.

                                      s/ *Allen Winsor*
                                      United States District Judge